IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>KEVIN WAYNE SANDERS, JR,<br><br>  Defendant. | Case No. CR-17-08-RAW |

### ORDER

Before the court is Defendant's Opposed Motion for Early Termination of Supervised Release. [Dkt. No. 59]. Because an individualized assessment of Mr. Sanders' behavior and life circumstances indicates that it is in the interest of justice to end his term of supervised release, the Motion is GRANTED.

On April 19, 2017, the Defendant Kevin Wayne Sanders Jr. pled guilty to the Distribution of Oxycodone in violation of 21 U.S.C.§§ 841 (a)(1) & 841 (b)(1)(C). At sentencing on February 15, 2018, this court imposed a sentence of 65 months in prison followed by a six year term of supervised release. Mr. Sanders' term of supervised release began on February 19, 2021.

Recent amendments to the federal sentencing guidelines provide that a court may modify, reduce, or enlarge conditions of release when warranted by an individualized assessment of the appropriateness of existing conditions. Pursuant to this amendment, after one year of supervision has expired, a court may terminate a period of probation early based on an individualized assessment of the need for ongoing supervision. Early termination may be granted if it is warranted based on the individual's conduct and the interest of justice. USSG § 5D1.4 (a) & (b); 18 U.S.C. § 3583 (e) (1) & (2). Suggested factors that courts may consider in conducting an individualized assessment are:

    (i) any history of court-reported violations over the term of supervision;
    (ii) the ability of the defendant to lawfully self-manage (e.g., the ability to problem-solve and avoid situations that may result in a violation of a condition of supervised release or new criminal charges);
    (iii) the defendant's substantial compliance with all conditions of supervision;
    (iv) the defendant's engagement in appropriate prosocial activities and the existence or lack of prosocial support to remain lawful beyond the period of supervision;
    (v) a demonstrated reduction in risk level or maintenance of the lowest category of risk over the period of supervision; and
    (vi) whether termination will jeopardize public safety, as evidenced by the nature of the defendant's offense, the defendant's criminal history, the defendant's record while incarcerated, the defendant's efforts to reintegrate into the community and avoid recidivism, any statements or information provided by the victims of the offense, and other factors the court finds relevant.

§ 5D1.4. Modification, Early Termination, and Extension of Supervised Release (Policy Statement), FCJ Federal Sentencing Guidelines Manual § 5D1.4 (11/1/25).

  Additionally, pursuant to 18 U.S.C. § 3564, a court should consider the factors set forth in § 3553(a) to the extent they are applicable when determining whether to terminate a term of probation or supervised release.

  Here, Mr. Sanders has consistently complied with the conditions of his supervised release. Deputy Chief Sara Carter with the United States Probation Office for the Eastern District of Oklahoma indicated that, in her opinion, Mr. Sanders meets the criteria for early termination. Reportedly, Mr. Sanders has overcome his issues with addiction and has consistently shown an ability to self manage his life and recovery. Additionally, Mr. Sanders has been consistently employed for several years at a feed mill. He reports that, despite a recent promotion to supervisor, his ability to advance is hindered by his inability to travel frequently out of the district while on supervised release. After five years of supervision, it appears that Mr. Sanders is capable of

lawfully self managing, and it is in the interest of justice to terminate his term of supervised release. Therefore, having considered both the factors suggested by the sentencing guidelines and the factors laid out in § 3553(a), the motion is GRANTED. The term of supervised release is terminated.

**IT IS SO ORDERED** on this 11th day of March 2026.

_____
**THE HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA**